MICHAEL H. YI (State Bar # 269025)
LAW OFFICE OF MICHAEL H. YI
3435 Wilshire Blvd., Suite 1050
Los Angeles, CA 90010
Telephone:   (213) 377.5447
Facsimile:   (213) 377.5448
myi@yimadrosenlaw.com

Attorney for Plaintiff,
CHRISTINA KIMM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION (FIRST STREET COURTHOUSE)

| | |
|---|---|
| CHRISTINA KIMM, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GALBI BROTHERS, INC., a California corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO.: 2:22-cv-09434-GW-E<br><br>NOTICE OF SETTLEMENT<br><br>Complaint Filed: Dec. 29, 2022<br><br>Trial Date:  Jan. 23, 2024 |

//

//

//

1

NOTICE OF SETTLEMENT

**TO THE COURT, AND ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that a settlement has been reached in the above-captioned matter and the parties are in the process of finalizing the settlement agreement.  Plaintiff, Christina Kimm anticipates filing a stipulation of dismissal within approximately 30 days.

Dated: November 21, 2023                              LAW OFFICES OF MICHAEL H. YI

                                                                                       By: *Michael Yi*
                                                                                         Michael H. Yi, Esq.
                                                                                         Attorney for Plaintiff
                                                                                         CHRISTINA KIMM