# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-9434-GW-Ex | Date | November 21, 2023 |
| Title | *Christina Kimm v. Galbi Brothers, Inc., et al.* | | |

Present: The Honorable    GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On November 21, 2023, Plaintiff Christina Kimm filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court now sets an order to show re: settlement hearing for January 4, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 2, 2024.

:

Initials of Preparer    JG