MICHAEL H. YI (State Bar # 269025)
LAW OFFICE OF MICHAEL H. YI
3435 Wilshire Blvd., Suite 1050
Los Angeles, CA 90010
Telephone: (213) 377.5447
Facsimile:  (213) 377.5448
myi@yimadrosenlaw.com

Attorney for Plaintiff,
CHRISTINA KIMM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION (FIRST STREET COURTHOUSE)

| | |
|---|---|
| CHRISTINA KIMM, an individual, | CASE NO.: 2:22-cv-09434-GW-E |
| Plaintiff, | STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL |
| v. | |
| GALBI BROTHERS, INC., a California corporation; and DOES 1-10, inclusive, | Judge: Hon. George H. Wu |
| Defendants. | |

//
//
//

1  Plaintiff Christina Kimm, ("Kimm" or "Plaintiff") and Defendant Galbi
2  Brother's, Inc. ("Galbi Brothers" or "Defendant"), hereby stipulate that this action
3  be dismissed with prejudice as to all claims, causes of action and parties, with each
4  party bearing that party's own costs and attorney's fees.
5
6  DATED: December 1, 2023             GALBI BROTHERS, INC.
7
8
9                                       By: *BuGween Ju*
                                        Its: Bu Gweon Ju, President
10
11
12 DATED: December 4, 2023             By: *Christina H kimm*
                                            CHRISTINA KIMM
13
14 **Approved as to form and content.**
15
16
17 DATED: December 1, 2023             LAW OFFICES OF YOHAN LEE
18
19                                      By: _____
                                            Yohan Lee
20                                          Chong Roh
                                            Attorneys for Defendant GALBI
21                                          BROTHERS, INC.
22 DATED: December 4, 2023             LAW OFFICES OF MICHAEL H. YI
23
24                                      By: *Michael Yi*
                                            Michael H. Yi
25                                          Attorneys for Plaintiff Christina Kimm
26
27
28

2
STIPULATION OF DISMISSAL [FRCP 41(A)]

**Order of Dismissal**

Pursuant to the stipulation of the parties under Federal Rules of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own costs and attorney's fees. The Clerk is directed to close the file.

Dated: January 3, 2024

_____
Hon. George H. Wu
United States District Judge